112

811 A.2d 994

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Carlos GARCIA, Respondent.

Supreme Court of Pennsylvania.

Dec. 3, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of December 2002, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is REVERSED. *See Commonwealth v. Eller,* 569 Pa. 622, 807 A.2d 838 (2002).

Justice EAKIN did not participate in the consideration or decision of this matter.